157 A.3d 833

ROCHELLE MOCHE, PLAINTIFF-PETITIONER, v. RAFAEL LEVY, RIVKA BICHLER, 1199 TEANECK ROAD LLC, LE CHAIM AISHEL FILTERS, LLC AND ELIYAHU WEINSTEIN, DEFENDANTS, AND RAFAEL LEVY AND 1199 TEANECK ROAD LLC, DEFENDANTS/THIRD-PARTY PLAINTIFFS-RESPONDENTS, v. ELIYAHYU WEINSTEIN, THIRD-PARTY DEFENDANT. AND ANOTHER RELATED CASE.

December 2, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005480–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.